No. 80–6922.  DeCrescente *v.* New York.  Ct. App. N. Y.  Certiorari denied.

No. 80–6923.  Wilson *v.* California.  C. A. 9th Cir. Certiorari denied.

No. 80–6924.  Christian *v.* United States; and

No. 80–6943.  Adams *v.* United States.  C. A. 4th Cir. Certiorari denied.  Reported below: 639 F. 2d 174.

No. 80–6926.  Barton et al. *v.* United States.  C. A. 2d Cir.  Certiorari denied.

No. 80–6929.  Holsey *v.* Inmate Grievance Commission.  Ct. App. Md.  Certiorari denied.

No. 80–6930.  Brooks *v.* Maryland.  Ct. Sp. App. Md. Certiorari denied.

No. 80–6931.  Ashford *v.* Ohio.  Ct. App. Ohio, Cuyahoga County.  Certiorari denied.

No. 80–6935.  Mullins *v.* United States.  C. A. 7th Cir.  Certiorari denied.

No. 80–6936.  Hubbard *v.* United States.  Ct. App. D. C.  Certiorari denied.

No. 80–6937.  Hilliard *v.* Wilkinson et al.  C. A. 10th Cir.  Certiorari denied.

No. 80–6938.  Atherton *v.* Virginia.  Sup. Ct. Va. Certiorari denied.

No. 80–6939.  Friedland *v.* Disciplinary Commission of the Indiana Supreme Court.  Sup. Ct. Ind.  Certiorari denied.

No. 80–6941.  Ybarra *v.* Bastian et al.  C. A. 9th Cir. Certiorari denied.